# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| LEE LUCAS | CIVIL ACTION NO. 16-0425 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Defendant Dr. Daniel Judd Moore, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Defendant's motion to dismiss [Record Document 15] be and hereby is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of June, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE