# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **LEE LUCAS #338382** | **CASE NO. 5:16-CV-00425** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **JERRY GOODWIN ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff Lee Lucas's Motion for Temporary Restraining Order is DENIED.

THUS DONE AND SIGNED this __19th____ day of November, 2020, in Shreveport, Louisiana.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE